■ CUSTOM TOPSOIL, INC., et al., Appellants-Respondents, v CITY OF BUFFALO, Respondent, and FLEXO TRANSPARENT, INC., et al., Respondents-Appellants. (Appeal No. 2.) [784 NYS2d 421]— Appeal and cross appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered October 9, 2003. The order denied plaintiffs' motion pursuant to CPLR 5015 (a) and denied the cross motion of defendants Flexo Transparent, Inc., Diane M. McCarthy and Patrick J. McCarthy to resettle the order entered July 2, 2003.

[784 NYS2d 422]—Appeal and cross appeals from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered October 9, 2003. The order, among other things, granted the motions of defendants for leave to reargue plaintiffs' motion for summary judgment with respect to the issuance of a use permit and directed plaintiffs to obtain a use permit in order to continue rock crushing activities.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Custom Topsoil v City of Buffalo* (12 AD3d 1162 [2004]). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Hayes, JJ.